UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEROY BREWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | NO. ED CV 15-2219-E<br><br><br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

　　　　DATED: August 24, 2016.


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE